1  ROGER L. GRANDGENETT II, ESQ., Bar # 6323
   MARCUS B. SMITH, ESQ., Bar # 12098
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:    702.862.8800
   Fax No.:      702.862.8811
5  Email: rgrandgenett@littler.com
   Email: mbsmith@littler.com
6
7  Attorneys for Defendant
   TIFFANY AND COMPANY U.S. SALES, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA JOY LOHRLI, | Case No. 2:18-cv-00858-JAD-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS AND PROCEED TO ARBITRATION** |
| TIFFANY AND COMPANY, | |
| Defendant. | ECF Nos. 5, 10 |

    Plaintiff, LISA JOY LOHRLI, and Defendant TIFFANY AND COMPANY U.S. SALES, ("Defendant" or "Tiffany"), by and through their respective counsel of record, do hereby stipulate and agree as follows:

    WHEREAS, in December 2014 and March 2017, Plaintiff agreed to arbitrate all employment-related disputes arising out of or relating to Plaintiff's employment with Defendant (the "Agreements");

    WHEREAS, on or about May 11, 2018, Plaintiff filed a Complaint in United States District Court, District of Nevada, Case No. 2:18-cv-00858-JAD-GWF, alleging that Tiffany violated Title VII and the Americans with Disabilities Act.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

WHEREAS, the claims alleged in the action fall within the scope of the Agreements;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant and ORDERED as follows:

1. The instant action, in its entirety, shall be dismissed with prejudice and submitted to binding arbitration pursuant to the terms of the Agreements;

2. Plaintiff reserves all claims and causes of action she has against Defendant and nothing in this stipulation shall serve as a waiver of such claims and causes of action; and,

3. Each party shall bear its own fees and costs before this Court as of this date.

| | |
|---|---|
| Dated: July 2, 2018 | Dated: July 2, 2018 |
| Respectfully submitted, | Respectfully submitted, |
| */s/ Robert P. Spretnak, Esq.* | */s/ Marcus B. Smith, Esq.* |
| ROBERT P. SPRETNAK, ESQ.<br>LAW OFFICES OF ROBERT SPRETNAK | ROGER L. GRANDGENETT II, ESQ.<br>MARCUS B. SMITH, ESQ.<br>LITTLER MENDELSON, P.C. |
| Attorney for Plaintiff<br>LISA JOY LOHRLI | Attorneys for Defendant<br>TIFFANY AND COMPANY U.S. SALES, LLC |

**ORDER**

Based on the parties' stipulation **[ECF No. 10]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED without prejudice to the parties' ability to arbitrate, each side to bear its own fees and costs. All pending motions **[ECF No. 5]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 2, 2018

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800